UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYTLE S. WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>LONG CANYON VOLUNTEER FIRE DEPARTMENT, a Colorado corporation, and DOES 1 through 25, inclusive,<br><br>        Defendants. | No. 2:13-cv-02085-GEB-CMK<br><br>**ORDER DENYING MOTION TO AMEND** |

On April 22, 2014, Plaintiff filed a Motion to Amend Complaint to Add New Defendant, in which he states: "Pursuant to the Pretrial Scheduling Order issued by this Court on January 15, 2014, Plaintiff moves this Court for leave to amend the complaint to name Kevin L. Yeatts as a Defendant, pursuant to FRCP 15(a)." (Pl.'s Mot. 1:18-20, ECF No. 12.)

Federal Rule of Civil Procedure 7 prescribes, in relevant part: "A request for a court order must be made by motion. The motion must: . . . **state with particularity the grounds for seeking the order** . . . ." Fed. R. Civ. P. 7(b)(1)(B) (emphasis added). Further, when the "filing of a document requires leave of court, such as an amended complaint after the time to amend as a matter of course has expired," Local Rule

137(c) requires counsel to "attach the document proposed to be filed as an exhibit to [the] moving papers seeking such leave."

Plaintiff's motion does not comply with the referenced requirements; therefore, it is DENIED.

Dated: May 8, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge