UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYTLE S. WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>LONG CANYON VOLUNTEER FIRE DEPARTMENT, a Colorado corporation, and DOES 1 through 25, inclusive,<br><br>  Defendants. | No. 2:13-cv-2085-GEB-CMK<br><br>**ORDER GRANTING LEAVE TO AMEND**<sup>*</sup> |

On May 15, 2014, Plaintiff filed a motion under Federal Rule of Civil Procedure 15(a)(2) for leave to file an amended complaint, which is attached to his motion. Defendant filed a notice of non-opposition to the motion.

Plaintiff's motion is GRANTED, and Plaintiff is provided five (5) days leave from the date on which this order is filed to file the First Amended Complaint, which is attached to Plaintiff's motion.

Dated:  June 18, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[*]  This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g), and therefore the hearing scheduled on July 14, 2014 for this motion is vacated.

1