IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LYTLE S. WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LONG CANYON VOLUNTEER FIRE DEPARTMENT, a Colorado corporation, and KEVIN LEE YEATTS,<br><br>　　　　　Defendants. | CASE: 2:13–CV–02085–DWM<br><br><br>ORDER |

IT IS ORDERED that a telephone status conference is set for Friday, June 17, 2016 at 9:00 a.m. (MDT) - 8:00 a.m. (PDT). The dial in instructions are as follows:

>　　Dial: 1-877-336-1839
>　　Enter access code: 5881720#
>　　Press: #

DATED this 15th day of June, 2016.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT