IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LYTLE S. WILLIAMS,<br><br>       Plaintiff,<br><br>   vs.<br><br>LONG CANYON VOLUNTEER FIRE DEPARTMENT, a Colorado corporation, and KEVIN LEE YEATTS,<br><br>       Defendants. | CASE: 2:13–CV–02085–DWM<br><br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss with a proposed order dismissing the case.

IT IS FURTHER ORDERED that the status conference set for June 17, 2016, and the jury trial set for June 20, 2016, are VACATED. All deadlines are VACATED, and any pending motions are DENIED as moot.

DATED this 16th day of June, 2016.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT