IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LYTLE S. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>LONG CANYON VOLUNTEER FIRE DEPARTMENT, a Colorado corporation, and KEVIN LEE YEATTS,<br><br>Defendants. | CASE: 2:13–CV–02085–DWM<br><br><br>ORDER |

On June 16, 2016, after the Court was notified of the settlement of this case, the Court ordered the parties to file a stipulation to dismiss and a proposed order dismissing this case. To date, the parties have not made the requisite filing.

Accordingly, IT IS ORDERED that on or before July 22, 2016, the parties shall file a stipulation to dismiss with a proposed order dismissing this case or show cause why a stipulation to dismiss has not been filed.

DATED this 19th day of July, 2016.

Donald W. Molloy, District Judge
United States District Court