IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LYTLE S. WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>LONG CANYON VOLUNTEER FIRE DEPARTMENT, a Colorado corporation, and KEVIN LEE YEATTS,<br><br>Defendants. | CASE: 2:13–CV–02085–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal (Doc. 45),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

The Court declines to retain continuing jurisdiction over enforcement of the settlement agreement. *Kokken v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

DATED this _2/9t_ day of July, 2016.

_____
Donald W. Molloy, District Judge
United States District Court