IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LYTLE S. WILLIAMS,<br><br>                Plaintiff,<br><br>vs.<br><br>LONG CANYON VOLUNTEER FIRE DEPARTMENT, a Colorado corporation, and KEVIN LEE YEATTS,<br><br>                Defendants. | CASE: 2:13–CV–02085–DWM<br><br>ORDER |

    Plaintiff Lytle S. Williams seeks to enforce the settlement agreement entered into in this case. (Doc. 47.) On July 22, 2016, this case was dismissed with prejudice and the language of that Order specifically provided: "The Court declines to retain continuing jurisdiction over enforcement of the settlement agreement. *Kokken v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994)." (Doc. 46.) Accordingly,

    IT IS ORDERED that Plaintiff's motion (Doc. 47) is DENIED.

    DATED this 7th day of October, 2016.

                                        Donald W. Molloy, District Judge
                                        United States District Court